

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-CR-309-JCM (PAL) |
| MIKAYEL AKOPYAN, | ) |
| Defendant. | ) |

### ORDER OF FORFEITURE

On January 18, 2011, the United States submitted electronically a proposed Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), and served counsel for the defendant with copies of the Order. #110. No objection to the entry of the Order of Forfeiture was filed by the defendant. On January 24, 2011, this Court denied the Order of Forfeiture. #111. MIKAYEL AKOPYAN is subject to the forfeiture of a criminal forfeiture money judgment of $124,512.81 in United States Currency.

Accordingly, this Court finds that MIKAYEL AKOPYAN shall pay a criminal forfeiture money judgment of $124,512.81 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from MIKAYEL AKOPYAN a criminal forfeiture money judgment in the amount of $124,512.81 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); Title 18, United States Code, 982(a)(2)(A); and Title 21, United States Code, Section 853(p).

DATED this 17th day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on April 15, 2011, by the below identified method of service:

<u>Electronic Filing</u>

Michael W. Sanft
Sanft Law
520 South Fourth Stree
Las Vegas, NV 89101
sanftlawgroup@mac.com
*Counsel for Arytom Matevosyan*

Jonathan Powell
Patti, Sgro, & Lewis
720 South Seventh Street, Third Floor
Las Vegas, NV 89101
jpowell.law@gmail.com
*Counsel for Mikayel Akopyan*

Osvaldo E. Fumo
Osvaldo E. Fumo, Chtd
1212 Casino Center Boulevard
Las Vegas, NV 89104
ozzie@fumolaw.com
*Counsel for Gergana Hristova*

/s/ HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk